No. 85–5611.   WOOD *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 85–5612.   SHAW *v.* HUNT ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–5613.   PRINCE *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 85–5614.   MIDWIFE ET AL. *v.* DIRECTOR, STATE DEPARTMENT OF SOCIAL SERVICES.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 85–5616.   CUSHING-GALE *v.* SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 85–5618.   EVATT *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 85–5629.   BURDEN *v.* BOLGER, POSTMASTER GENERAL OF THE UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 85–5630.   GHOLSTON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 85–5638.   BUSH *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 85–5641.   BERTONIERE *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 85–5645.   PETTIT *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 85–5646.   SWICEGOOD *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 85–5647.   WILSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 85–5652.   VERDON *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.